**COM.**

v.

**DOLLEY, L.**

**1328 MDA 2016**

Superior Court of Pennsylvania.

04/21/2017

CP–38–CR–0001360–2015

(Lebanon)

Affirmed

**XCBOB'S PARTS**

v.

**ED TUCKER DISTRIBUTING**

**1389 MDA 2016**

Superior Court of Pennsylvania.

04/21/2017

CV–0390–2015

(Snyder)

Affirmed

**S.M.**

v.

**R.J.**

**1802 MDA 2016**

Superior Court of Pennsylvania.

04/21/2017

2016–397 C.P. (Susquehanna)

Affirmed

**ADELKOFF, S.**

v.

**ADELKOFF, S.**

**711 WDA 2016**

Superior Court of Pennsylvania.

04/21/2017

FD 13–008242–016 (Allegheny)

Affirmed/Vacated/Remanded

**COM.**

v.

**WALSH, M.**

**961 WDA 2016**

Superior Court of Pennsylvania.

04/21/2017

CP–10–CR–0001764–2015

(Butler)

Affirmed